# CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14** days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION: Michael Cook v. City of Philadelphia

USCA NO.: 15-2957

LOWER COURT or AGENCY and DOCKET NUMBER:
E.D.PA, 2-14-cv-05842

NAME OF JUDGE: Kearney

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

Appellant, Michael Cook, asserted a claim of employment discrimination on the basis of a perceived disability regarding the City of Philadelphia's rejection of him for the position of police officer. He asserted claims under, inter alia, The Americans With Disabilities Act (ADA). He seeks lost wages, compensatory damages, attorneys' fees and costs.

On July 15, 2015 Judge Kearney of the United States District Court for the Eastern District of Pennsylvania granted the City of Philadelphia's Motion for Summary Judgment.

LIST and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

Order and Memorandum Opinion granting Summary Judgment dated July 15, 2015 (attached)

Provide a short statement of the factual and procedural background, which you consider important to this appeal:

Michael Cook applied for the position of police officer with the City of Philadelphia. In May of 2013 he his candidacy for the position was rejected on the basis of the opinion of a psychologist who failed him on his psychological examination because she believed he had a "problem of pathological proportions." Though he was rejected as a police officer on the basis of that perception, Mr. Cook does not have a disability or pathological problem.

The City of Philadelphia filed a Motion for Summary Judgment which was granted by the trial court on July 15, 2015.

Identify the issues to be raised on appeal:

Whether the lower court failed to consider or properly weigh the evidence before it, and committed error in applying the law to the facts of the case, thereby improperly granting summary judgment to the City of Philadelphia?

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record

this __31__ day of __August__, 20__15__.

/s/ Mark S. Scheffer
_____
Signature of Counsel

Rev. 07/2015